AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

_BOSTON, EASTERN DIVISION_, District of _MASSACHUSETTS_

## EXEMPLIFICATION CERTIFICATE

I, _SARAH ALLISON THORNTON_, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Request for the International Judicial Assistance Pursuant to the Hague Convention of 17 March 1970 on Evidence Abroad in Civil or Commerical Matters (Dkt. No. 75)

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, the district at Boston on _____

_____    _____
Clerk (City)                  (By) Deputy Clerk

I, _NATHANIEL M. GORTON_, a Judicial Officer of this Court, certify that _Document No. 75_, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_Oct 26, 2011_                _Nathaniel M. Gorton_
Date                          Signature of Judge

                              _United States District Judge_
                              Title

I, _Sarah Allison Thornton_, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____, Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _Boston_ in this State, on _October 31, 2011_
City                                                                          Date

_____    _____
Clerk                         (By) Deputy Clerk