UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **JAGEX LIMITED,**<br><br>      **PLAINTIFF,**<br><br>  v.<br><br>**IMPULSE SOFTWARE,**<br>**ERIC SNELLMAN, and**<br>**MARK SNELLMAN** | Case No. 1:10-cv-10216 |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL PLAINTIFF'S**
**UNREDACTED OPPOSITION TO DEFENDANTS' EMERGENCY**
**MOTION AND EXHIBITS B, N AND O**

Plaintiff Jagex Limited ("Jagex") seeks leave of the Court to file under seal the following documents:

1)    Plaintiff's Unredacted Opposition to Defendants' Emergency Motion

2)    Exhibit B to Plaintiff's Unredacted Opposition to Defendants' Emergency Motion

3)    Exhibit N to Plaintiff's Unredacted Opposition to Defendants' Emergency Motion

4)    Exhibit O to Plaintiff's Unredacted Opposition to Defendants' Emergency Motion

Jagex respectfully requests permission to file these documents under seal because they contain information that has been designated as "HIGHLY CONFIDENTIAL OUTSIDE COUNSEL EYES ONLY INFORMATION" under the Protective Order or contain information that is allegedly CONFIDENTIAL ATTORNEYS' EYES ONLY. In accordance with the Local Rules, Jagex respectfully requests that these materials should be impounded until the final

resolution of this litigation between the parties, at which time they will be retrieved by counsel for Jagex.

WHEREFORE, it is respectfully requested that the Court grant this motion to file the above-described documents under seal.

Respectfully submitted,

For **JAGEX LIMITED**,

Respectfully submitted,

Dated: November 2, 2011

/s/ Erin E. Bryan
Peter McDermott (BBO No. 330760)
Erin Bryan (BBO No. 675955)
**BANNER & WITCOFF, LTD.**
28 State Street, Suite 1800
Boston, MA 02109-1705
Telephone: (617) 720-9600
Facsimile: (617) 720-9601

Ross Dannenberg
Christopher Roth
**BANNER & WITCOFF, LTD.**
1100 13th Street, NW
Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Bryan Medlock
Tim Meece
**BANNER & WITCOFF, LTD.**
10 South Wacker Drive
Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

*Attorneys for Plaintiff,*
*Jagex Limited*

**CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)**

I hereby certify that counsel for Plaintiff has conferred with counsel for Defendants in a good-faith attempt to resolve or narrow the issues presented in the foregoing Motion to Seal Plaintiff's Unredacted Opposition to Defendants' Emergency Motion and Exhibits B, N and O, and that Defendants do not oppose the filing of this Motion.

/s/ Erin E. Bryan

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system per Local Rule 5.2(b) on November 2, 2011, upon the following interested parties:

Terry M. Sanks (tsanks@iplawfl.com)

Amber Davis (adavis@iplawfl.com)

Ieuan G. Mahony (ieuan.mahony@hklaw.com)

/s/ Erin E. Bryan