UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JAGEX LIMITED,<br><br>PLAINTIFF,<br><br>v.<br><br>IMPULSE SOFTWARE,<br>ERIC SNELLMAN, and<br>MARK SNELLMAN<br><br>DEFENDANTS. | Case No. 1:10-cv-10216-NMG |

### STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the stipulated motion of Plaintiff, Jagex Limited ("Jagex"), and Defendants, Impulse Software, Eric Snellman, and Mark Snellman (individually and collectively "Defendants"), for entry of a Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED as follows:**

1. Judgment is entered in Jagex's favor and against Defendants on Count I of the First Amended Complaint – Copyright Infringement Under Federal Law.

2. Judgment is entered in Jagex's favor and against Defendants on Count II of the First Amended Complaint – Circumvention of Technological Measures Under the Digital Millennium Copyright Act ("DMCA").

*Treated as a motion for entry of judgment pursuant to a stipulation between the parties and motion allowed.*

*/s/ NMGorton, USDJ 1/31/12*